**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO DISMISS** |
| vs. | ) | |
| | ) | |
| Robert Villarreal, | ) | Case No. 1:07-cr-056 |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is the Government's "Dismissal of Petition for Revocation of Supervised Release" filed on May 1, 2009. See Docket No. 37. On April 27, 2009, a "Petition for Warrant or Summons for Offender Under Supervision" was filed by United States Probation Officer Dave Hohn. See Docket No. 27. The Government now moves the Court to dismiss the petition because the defendant has agreed to a modification of the terms and conditions of his supervision. The Court **GRANTS** the Government's motion. The revocation hearing scheduled for Wednesday, May 6, 2009, is **CANCELLED.**

**IT IS SO ORDERED.**

Dated this 5th day of May, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court